

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00372-CR

Phillip **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR12452
Honorable Sid L. Harle, Judge Presiding

Opinion by:    Luz Elena D. Chapa, Justice

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  January 8, 2014

MOTION TO WITHDRAW GRANTED; AFFIRMED

Phillip Johnson appeals the judgment revoking his community supervision and sentencing him to three years in prison.  Johnson pled no contest in March 2011 to a charge of Possession of a Controlled Substance (Penalty Group 1, 1-4 grams) as part of a plea agreement with the State. Pursuant to the agreement, the trial court found Johnson guilty and sentenced him to four years in prison.  The court suspended the sentence and placed Johnson on community supervision for a period of four years.  In May 2013, the State filed a motion to revoke Johnson's community supervision, alleging he violated various conditions of his community supervision.  Johnson pled

true to the allegations that he committed a new offense and that he failed to report to his supervision officer as required. After a hearing, the trial court revoked Johnson's community supervision and imposed a three-year prison sentence.

Johnson's court-appointed appellate attorney filed a motion to withdraw and a brief in which he raises no arguable points of error and concludes this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel states Johnson was provided a copy of the brief and motion to withdraw and was informed of his right to review the record and file his own brief. Johnson has not done so.

After reviewing the record and counsel's brief, we find no reversible error and agree with counsel the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We therefore grant the motion to withdraw filed by Johnson's attorney and affirm the trial court's judgment. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).[1]

Luz Elena D. Chapa, Justice

Do not publish

---

[1] No substitute counsel will be appointed. Should Johnson wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days after either this opinion is rendered or the last timely motion for rehearing or motion for en banc reconsideration is overruled by this court. *See* Tex. R. App. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Court of Criminal Appeals. *See id.* R. 68.3. Any petition for discretionary review must comply with the requirements of rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* R. 68.4.